The **BUSINESS OFFICE INC.**, a New Jersey corporation, on behalf of itself and as a representative of others similarly situated, Plaintiff–counter–defendant—Appellant,

v.

B. Thomas **GOLISANO**; et al., Defendants—Appellees,

Rapid Payroll, Inc., a California corporation; et al., Defendants–counter–claimants—Appellees.

The Business Office Inc., a New Jersey corporation, on behalf of itself and as a representative of others similarly situated, Plaintiff–counter–defendant—Appellee,

v.

B. Thomas Golisano; et al., Defendants,

**542**

Paychex, Inc., a Delaware corporation, Defendant–counter–claimant,

and

Rapid Payroll, Inc., a California corporation, Defendant–counter–claimant—Appellant.

Nos. 05–55452, 05–55527.

United States Court of Appeals, Ninth Circuit.

April 18, 2008.

Timothy W. Bergin, Esq., Richard Schwartzman, Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., Washington, DC, for Plaintiff–counter–defendant–Appellant.

Heather M. Freelin, Esq., Irell & Manella, Newport Beach, CA, Morgan Chu, Esq., Brian J. Hennigan, Esq., Irell & Manella, LLP, Los Angeles, CA, for Defendants–Appellees, Defendants–counter–claimants–Appellees, Defendant–counter–claimant.

Before: BEEZER, T.G. NELSON, and SILVERMAN, Circuit Judges.

ORDER

The Request for Judicial Notice by Appellees Paychex, Inc., B. Thomas Golisano, and Walter Turek, and Appellee and Cross–Appellant Rapid Payroll, Inc. is GRANTED. Appellees' and Cross–Appellant's Motion to Strike pages 1 through 26 of the Reply Brief of Appellant The Business Office, Inc. is DENIED.